

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT   AUG 0 9 2012

FOR THE EASTERN DISTRICT OF TEXAS   DAVID J. MALAND, CLERK

SHERMAN DIVISION   BY
   DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | UNDER SEAL |
| v. | § | |
| | § | No. 4:12CR 1 93 |
| VINCENT JAMES KINDLE (1) | § | |
| a.k.a. "Sleepy" | § | Judge Schell |
| KENTION OBRYAN JOHNSON (2) | § | |
| a.k.a. "Kenny" | § | |
| ARNELL TRIUS DONTREON | § | |
| ADAMSON (3) | § | |
| a.k.a "Smack" | § | |
| DENORRIS DEJUAN RHODES (4) | § | |
| a.k.a. "D" | § | |
| WILLIAM LACAZE EDWARDS (5) | § | |
| DANNY O. JACKSON (6) | § | |
| a.k.a. "Dan" | § | |
| CEDRIC DATRIEL PRUITT (7) | § | |
| a.k.a. "CED" | § | |
| ERIC MANDRILL BAINES (8) | § | |
| a.k.a. "Trip" | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation:  Conspiracy to Manufacture,
Distribute or Possess with Intent to
Manufacture or Distribute Cocaine,
Cocaine Base, Heroin and Marijuana
21 U.S.C. § 846

Beginning in or about July 2008, the exact date being unknown to the Grand Jury,

and continuing though the date of the filing of this Indictment, in the Eastern District of

Texas and elsewhere, defendants, **Vincent James Kindle** a.k.a. "Sleepy"; **Kention**

**Obryan Johnson** a.k.a. "Kenny";  **Arnelltrius Dontreon Adamson** a.k.a "Smack";

**Denorris Dejuan Rhodes** a.k.a. "D"; **William Lacaze Edwards; Danny O. Jackson**

**(6)**; a.k.a. "Dan"; **Cedric Datriel Pruitt** a.k.a. "CED";  **Eric Mandrill Baines**; a.k.a.

"Trip" did knowingly and intentionally conspire and agree together and with each other

and with other persons known and unknown to the United States Grand Jury, to

manufacture or distribute or possess with intent to manufacture or distribute 5 kilograms

or more of a mixture or substance containing a detectable amount of cocaine; 280 grams

or more of a mixture of substance containing a detectable amount of cocaine base; less

than 100 grams of a mixture or substances containing heroin, and less than 100 kilograms

of a mixture or substance containing a detectable amount of marijuana, in violation of 21

U.S.C. § 841.

In violation of 21 U.S.C. § 846.

### <u>NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE</u>

<u>Criminal Forfeiture Pursuant to 21 U.S.C. § 853</u>

As a result of committing the offenses charged in this Indictment, all Defendants

herein may have used or intended to use property to commit or facilitate the offenses

and/or property derived from proceeds obtained directly or indirectly as a result of the

commission of the violation of 21 U.S.C. § 846.

All such proceeds and/or instrumentalities are subject to forfeiture by the

government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
HEATHER HARRIS RATTAN
Assistant United States Attorney

_____8/9/12_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | UNDER SEAL |
| v. | § | |
| | § | No. 4:12CR |
| VINCENT JAMES KINDLE (1) | § | |
| a.k.a. "Sleepy" | § | Judge Schell |
| KENTION OBRYAN JOHNSON (2) | § | |
| a.k.a. "Kenny" | § | |
| ARNELLTRIUS DONTREON | § | |
| ADAMSON (3) | § | |
| a.k.a "Smack" | § | |
| DENORRIS DEJUAN RHODES (4) | § | |
| a.k.a. "D" | § | |
| WILLIAM LACAZE EDWARDS (5) | § | |
| DANNY O. JACKSON (6) | § | |
| a.k.a. "Dan" | § | |
| CEDRIC DATRIEL PRUITT (7) | § | |
| a.k.a. "CED" | § | |
| ERIC MANDRILL BAINES (8) | § | |
| a.k.a. "Trip" | § | |

## NOTICE OF PENALTY

### Count One

VIOLATION:      21 U.S.C. § 846

PENALTY:        Imprisonment for not less than ten (10) years or more than
                life, a fine not to exceed $10,000,000.00 or both.  A term of
                supervised release of at least five (5) years;

MANDATORY ASSESSMENT:  $100.00